UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BWP MEDIA USA INC. d/b/a Pacific Coast News,<br><br>  Plaintiff,<br><br>v.<br><br>KHQ INCORPORATED,<br><br>  Defendant. | No. CV-13-0288-RHW<br><br>**ORDER GRANTING DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

Before the Court is the parties' Stipulation Regarding Dismissal with Prejudice, ECF No. 16, heard without oral argument. Upon stipulation of all counsel that this matter has been resolved, the Court finds there is good cause for the dismissal. Plaintiff's complaint may be dismissed, with prejudice, and without costs or attorneys' fees.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation Regarding Dismissal with Prejudice, ECF No. 16, is **GRANTED.**

2. Plaintiff's complaint is **DISMISSED** with prejudice, and each party shall bear its own costs and attorneys' fees.

///

///

///

**ORDER GRANTING DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE** * 1

q:\rhw\acivil\2013\bwp media\order dismissal.docx

Case 2:13-cv-00288-RHW   Document 17   Filed 04/08/14

3. All pending deadlines and hearings are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 8th day of April, 2014.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE** * 2